FILED

04/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0682

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0682

_____

IN THE MATTER OF THE GUARDIANSHIP
AND CONSERVATORSHIP OF:

J.F.R.,                                                                    O R D E R

A Protected Person and Appellant.

_____

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing the Appellee's Response brief filed electronically on April 22, 2023, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M.R. App. P. 10(6) requires that parties filing documents with the Clerk of the Supreme Court shall use initials when referencing the names of parties in any proceeding under Title 72, Chapter 5, part 3 (Guardians of Incapacitated Persons). There are references to J.F.R.'s first name on page 3 and page 19 that must be removed and replaced with her initials.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellee shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellee shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellee and to all

parties of record.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
April 23 2024